AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kethledge, Raymond M. | Sixth Circuit | 09/02/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge-Active | ☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

200 West Liberty
Ann Arbor, Michigan 48104

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Federal Judges Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 6/30/08 | Bush Seyferth & Paige PLLC; and me. Buyout agreement for a fixed amount, payable over 5+ years, consistent with Adv. Op. No. 24 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Bush Seyferth & Kethledge PLLC Buyout Agreement Payments | $15,000.00 |
| 2. | 2014 | University of Michigan Law School-Teaching | $26,955.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center, Vanderbilt University | 02/05/2014 - 02/07/2014 | Nashville, TN | Educational seminar/ program | Transportation, Lodging, Food |
| 2. | University of Chicago Law School | 02/10/2014 - 02/11/2014 | Chicago, IL | Visiting Jurist | Transportation, Food |
| 3. | Harvard Law School | 03/31/2014 - 04/01/2014 | Cambridge, MA | Moot Court | Transportation, Lodging, Food |
| 4. | Harvard Law School, Federalist Society | 04/02/2014 - 04/03/2014 | Cambridge, MA | Speaker | Transporation, Lodging, Food |
| 5. | University of Virginia Law School | 04/04/2014 - 04/06/2014 | Charlottesville, VA | Moot Court | Transportation, Lodging, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kethledge, Raymond M.** | 09/02/2015 |

| | | | | |
|---|---|---|---|---|
| 6. | Federal Judges Association | 05/03/2014 - 05/04/2014 | Washington, DC | Board Meeting | Transportation, Lodging, Food |
| 7. | University of Toledo Law School | 10/23/2014 - 10/23/2014 | Toledo, OH | Moot Court | Mileage |
| 8. | Judicial Conference Advisory Committee on Criminal Rules | 11/03/2014 - 11/05/2014 | Washington, DC | Committee Meeting | Transportation, Lodging, Food |
| 9. | Federal Judicial Center | 11/06/2014 - 11/07/2014 | Washington, DC | National Symposium - U.S. Court of Appeals Judges | Transportation, Lodging, Food |
| 10. | The American Law Institute | 11/13/2014 - 11/14/2014 | Chicago, IL | Advisers Meeting | Tansporation, Lodging, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Kethledge, Raymond M. | 09/02/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | A | Dividend | J | T | | | | | |
| 2. --EuroPacific Growth Fund | A | Dividend | | | | | | | |
| 3. | | | | | | | | | |
| 4. IRA #1 | A | Dividend | L | T | | | | | |
| 5. --Euro Pacific growth Fund | A | Dividend | | | | | | | |
| 6. --Investment Co America Com | A | Dividend | | | | | | | |
| 7. --Short Term Inc Fund Money Market | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. Trust #1 (Y) | | | | | | | | | |
| 10. --Short Term Inc Fund Money Market | | | | | | | | | |
| 11. --Euro Pac Growth FD SH Ben Int'l | | | | | | | | | |
| 12. IRA #2 | A | Dividend | J | T | | | | | |
| 13. --Euro Pac growth Fund | A | Dividend | | | | | | | |
| 14. --Fundamental Investors | A | Dividend | | | | | | | |
| 15. | | | | | | | | | |
| 16. VCSP/College America 529A Education Savings Account | A | Dividend | J | T | | | | | |
| 17. --New Perspective Fund 529A | A | Dividend | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kethledge, Raymond M. | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --Investment Company of America-529A | A | Dividend | | | | | | | |
| 19.  --Bond Fund of America-529A | A | Dividend | | | | | | | |
| 20.  Brokerage Account #2 | A | Dividend | J | T | | | | | |
| 21.  --Investment Co America Com | A | Dividend | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kethledge, Raymond M. | 09/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In researching my investment income for this reporting period, I learned that what I have listed in prior years as "Trust #1" is actually just a component of "IRA #1." I therefore will not be listing Trust #1 in future reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Raymond M. Kethledge**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544